NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTEEN HUFFMAN,        ) | No. C 10-01144 JF (PR) |
| Plaintiff,              ) | ORDER OF DISMISSAL |
| vs.                     ) | |
| WARDEN PAUL COPENHAVER, ) | |
| Defendants.             ) | |

On March 17, 2010, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent a notification to Plaintiff that his complaint was deficient because he had failed to file an In Forma Pauperis Application or pay the filing fee. (Docket No. 2.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. On March 26, 2010, Plaintiff filed a letter acknowledging receipt of the clerk's notice, and stating that he would be sending payment within the next 2-3 weeks. However, nearly two months has passed since the letter, and Plaintiff has neither paid the filing fee nor filed a completed in forma pauperis application.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Huffman01144_dism-ifp.wpd

1      Accordingly, this case is DISMISSED without prejudice for failure to pay the
2 filing fee.
3      IT IS SO ORDERED.
4 DATED: 6/7/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUSTEEN HUFFMAN,

        Plaintiff,

  v.

WARDEN PAUL COPENHAVER,

        Defendant.

                                              /

Case Number: CV10-01144 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/17/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dusteen Huffman 89131-022
Satellite Prison Camp
5675 8th Street
Dublin, CA 94568

Dated:   6/17/10

                                                    Richard W. Wieking, Clerk